JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 340
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.   (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| EMMA CRUZ, | ) | NO.  CV 07-8411 PJW |
| Plaintiff, | ) | ORDER AWARDING EAJA |
| | ) | ATTORNEY FEES |
| v. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

        The Court having received a Stipulation for an Award of Attorney Fees

under the Equal Access to Justice Act (EAJA) in the amount of two thousand four

hundred fifty dollars and no cents ($2,450.00),

        IT IS HEREBY ORDERED that plaintiff be awarded EAJA fees in the

amount stipulated.

DATED:   9/25/08

_____
UNITED STATES MAGISTRATE JUDGE

1